MORRISON TENNENBAUM, PLLC
87 Walker Street, Second Floor,
New York, NY 10013
Telephone: (212) 620-0938

*Proposed Attorneys for Trummer Hospitality Holdings LLC*,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                    Chapter 11

**TRUMMER HOSPITALITY HOLDINGS LLC,**                 Case No. 25-11872(MG)

                Debtor.
-------------------------------------------------------X

# SUPPLEMENTAL DECLARATION OF ALBERT TRUMMER IN SUPPORT OF THE DEBTOR'S CHAPTER 11 PETITION

I, Albert Trummer, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the President of Trummer Hospitality Holdings LLC, a New York limited liability company (the "Company"). I am generally familiar with the day-to-day operations, financial affairs, business affairs, books and records of the Company.

2. I submit this declaration (this "Declaration") to provide additional information supplementing the Declaration filed on August 26, 2025 and to assist the Court and parties in interest in understanding the Debtor, its businesses, and the circumstances leading to this chapter 11 case (the "Chapter 11 Case").

3. On August 26, 2025 (the "Petition Date"), the Company filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. Except as otherwise indicated herein, all facts set forth in the Declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning the Debtors' operations and financial affairs. I am over the age of 18 and authorized to submit this Declaration on behalf of each of the Debtors. If called upon to testify, I would testify to the facts set forth herein.

**Information Required By Local Rules**

5. Local Rule 1007-2 requires certain information related to the Debtors.

   a. Pursuant to Local Rule 1007-2(a)(3), to the best of the Debtor's knowledge and belief, prior to the Petition Date there were no committees formed to participate in the Debtors' ongoing restructuring efforts.

   b. Pursuant to Local Rule 1007-2(a)(4), Exhibit A lists the holders of the twenty largest unsecured claims, the name, address, telephone number, email address, the name(s) of person(s) familiar with the Debtors' account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed or partially secured was filed contemporaneously with the Petition.

   c. Pursuant to Local Rule 1007-2(a)(5), the Debtor has no secured debt.

   d. Pursuant to Local Rule 1007-2(a)(6), the Debtor's assets consist of inventory and equipment used to operate the Debtor's restaurant. A complete listing of the Debtor's assets, and the Debtor's best estimate of the values of same, will be filed with its schedules.

   e. Pursuant to Local Rule 1007-2(a)(7), there are no publicly held securities of the Debtor.

f. Pursuant to Local Rule 1007-2(a)(8), there is no property in possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditors, or agent for such entity.

g. Pursuant to Local Rule 1007-2(a)(9), the Debtor leases 287 Park Ave. South, New York, NY, 10010 (the "Property"). The Debtor owes pre-petition rent.

h. Pursuant to Local Rule 1007-2(a)(10), the Debtor is presently holding its cash in a bank account. The Debtor will be opening a debtor in possession account to hold its cash shortly. The Debtor's books and records are held at the Property. The Debtor does not have any property outside of the territorial limits of the United States.

i. Pursuant to Local Rule 1007-2(a)(11), the Debtor is not party to any action where the seizure of its property is imminent; provided that the Debtor is party to the action styled as 287 PAS LLC v. Trummer Hospitality Holdings LLC et al., LT-310401-25/NY (N.Y. Sup. Ct.), which is a holdover proceeding.

j. Pursuant to Local Rule 1007-2(a)(12), Albert Trummer is the Debtor's founder and has been with the company since 2020. He is the director of operations with responsibility for all matters of its operations, including both front of house and back office. Mr. Trummer brings decades of experience in the hospitality industry.

k. Pursuant to Local Rule 1007-2(b)(1)-(2)(A) and (C), the Debtor has approximately 10 part time employees. The Debor's monthly payroll is approximately $40,000.

l.  Pursuant to Local Rule 1007-2(b)(3), the Debto's anticipated montly revenue is between $45,000 and $85,0000; provided that the Debtor operates a restaurant and as a result its revenue will fluctuate depending on seasonal and market factors.

Dated: September 4, 2025
       New York, New York

Respectfully Submitted,

_____
Albert Trummer

**EXHIBIT A**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Trummer Hospitality Holdings LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 25-11872 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 287 PAS LLC<br>287 Park Avenue South, Ste 217<br>New York, NY 10010 | | | | | | $701,554.74 |
| A&O Event Management<br>72 Barrow Street<br>New York, NY 10014 | | | | | | $100,000.00 |
| Fay US Investments Corporation<br>1185 Avenue of the Americas, 3rd Floor<br>New York, NY 10036 | | | | | | $620,000.00 |
| NYS Dept. of Tax & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205 | | | | | | $65,000.00 |
| Satec<br>10 Milltown Ct<br>Union, NJ 07083 | | | | | | $2,486.04 |
| Southern Glazer's Wine and Spirits<br>c/o Jacqueline Martinez, Esq<br>Sentient Law Group PC<br>352 Middlesex Avenue<br>Colonia, NJ 07067 | | | | | | $8,629.09 |
| Waste Water Prevention Co. Inc<br>49 Nassau Street, 4th Floor<br>New York, NY 10038 | | | | | | $2,008.50 |