UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

TRUMMER HOSPITALITY HOLDINGS LLC

Debtor.

---

Chapter 11
Case No. 25-11872(MG)

# NOTICE OF ADJOURNNMENT OF 341A MEETING

**PLEASE TAKE NOTICE** that the meeting of creditors presently scheduled for September 29, 2025 at 2:00 PM is hereby adjourned to September 30, 2025 at 2:00 PM.

Dated:  New York, New York
September 10, 2025

MORRISON TENENBAUM PLLC

_____
By: Lawrence Morrison, Esq.
*Attorneys for the Debtor*
87 Walker Street, Floor
New York, NY 10013
Tel: (212) 620-0938x1002