# United States Bankruptcy Court
## Southern District of New York

In re: Trummer Hospitality Holdings LLC

Debtor(s)

Case No. 25-11872
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Trummer Hospitality Holdings LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Fay US Investments Corporation
1185 Avenue of the Americas, 3rd Floor
New York, NY 10036

☐ None [*Check if applicable*]

September 12, 2025
Date

/s/ Lawrence Morrison
Lawrence Morrison
Signature of Attorney or Litigant
Counsel for  Trummer Hospitality Holdings LLC
Morrison Tenenbaum PLLC
87 Walker Street, Second Floor
New York, NY 10013
 Fax:
lmorrison@m-t-law.com